UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 24  P 4: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERIQUEST MORTGAGE COMPANY, )
    Plaintiff, )
)
v. )
)
ALLIED HOME MORTGAGE CAPITAL CORP. )
AND PAUL D. HARRISON, )
    Defendants. )

CIVIL ACTION NO.:

05 - 10142 WGY

## AMERIQUEST MORTGAGE COMPANY'S
## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, plaintiff Ameriquest Mortgage Company ("Ameriquest") respectfully moves this Court for the issuance of a preliminary injunction enjoining and prohibiting defendants Allied Home Mortgage Capital Corporation and Paul D. Harrison (collectively, the "Defendants") from falsely advertising that (1) "Ameriquest has recently closed all its refinance operations in Massachusetts;" (2) that Ameriquest has done so "in reaction to a new state law regarding predatory lending;" (3) that customers and potential customers of Ameriquest will "improve [their] current situation;" and (4) that customers of Ameriquest can obtain a new and better loan, and obtain further assistance, from Allied and certain unnamed mortgage lenders with whom Allied allegedly has alliances.

As detailed in the accompanying Complaint and memorandum in support of this motion, this action arises in response to the Defendants' mailing of a flagrantly false and disparaging advertisement to an Ameriquest customer on or about December 2, 2004. In this letter advertisement, a copy of which is attached as Exhibit A to the Complaint, the Defendants falsely informed Ameriquest's customer that Ameriquest had closed its refinancing operations in

BOS-711651 v1 0304210-0100

Massachusetts as a result of a new state law regarding predatory lending. The Defendants use of this flagrantly false and misleading advertisement was in violation of the Lanham Act and Mass. Gen. L. ch. 93A.

By this motion, Ameriquest seeks to enjoin the Defendants from continuing to direct such false and deceptive advertisements to Ameriquest's customers and any other potential customers. As set forth in the accompanying memorandum in support of this motion, which is incorporated herein by reference, Ameriquest is likely to prevail upon the merits of its claims against the Defendants, and will suffer immediate and irreparable harm should the unlawful conduct of the Defendants described in the Complaint continue.

Accordingly, the present motion should be allowed, and an order should issue in the form attached hereto as Exhibit A.

> Respectfully submitted,
> AMERIQUEST MORTGAGE COMPANY,
> By its Attorneys,
>
> _____
> Daniel E. Rosenfeld (BBO #560226)
> Robert T. Milanette (BBO #641149)
> KIRKPATRICK & LOCKHART NICHOLSON
> GRAHAM LLP
> 75 State Street
> Boston, MA 02109
> 617-261-3100
> 617-261-3175 (fax)

Dated: January 24, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AMERIQUEST MORTGAGE COMPANY, )
    Plaintiff, )
)
v. )
) CIVIL ACTION NO.
ALLIED HOME MORTGAGE CAPITAL CORP. )
AND PAUL D. HARRISON, )
    Defendants. )
)

---

## PROPOSED ORDER ON AMERIQUEST MORTGAGE COMPANY'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of the motion for preliminary injunction of the plaintiff, Ameriquest Mortgage Company ("Ameriquest"), and following a hearing on such motion, the court hereby orders as follows:

1. That the defendants Allied Home Mortgage Capital Corporation ("Allied") and Mr. Paul D. Harrison (Allied and Mr. Harrison being referred to collectively hereafter as the "Defendants"), and each of the Defendants' respective partners, associates, agents, servants, and employees, and all others acting in concert therewith or having knowledge thereof, are hereby preliminarily enjoined, until further order of this Court, from falsely advertising (i) that "Ameriquest has recently closed all its refinance operations in Massachusetts;" (2) that Ameriquest has done so "in reaction to a new state law regarding predatory lending;" and (3) that customers and potential customers of Ameriquest will "improve [their] current situation" by obtaining a new and better loan from Allied and certain unnamed mortgage lenders with whom Allied allegedly has alliances.

BOS-719521 v2

2. That the Defendants, and each of the Defendants' respective partners, associates, agents, servants, and employees, and all others acting in concert therewith or having knowledge thereof, are hereby preliminarily and permanently enjoined from distributing any advertisements containing false, misleading and/or disparaging descriptions or representations of fact relating to Ameriquest and/or Ameriquest's products, services or commercial activities.

3. That the Defendants file and serve on Ameriquest, within thirty days of the date of this order, a written report, submitted under oath, setting forth in detail the manner and form in which the Defendants have complied with this order of injunction.

4. That the Defendants file and serve on Ameriquest, within thirty days of the date of this order, a written report, submitted under oath, setting forth in detail the facts and circumstances surrounding the distribution of advertisements such as the one described in the Complaint filed by Ameriquest in this matter, including the name of each customer of Ameriquest that was sent an advertisement containing such false of misleading descriptions of fact or representations of fact (or any similarly false or misleading advertisement), the name of any other parties who received the advertisement, and any such persons or parties that executed agreements with Allied or any of the lenders affiliated with Allied following their receipt of the advertisement.

Date: _____

_____
Justice of the United States District Court,
District of Massachusetts