UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 24  P 4: 0!

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERIQUEST MORTGAGE COMPANY, )
    Plaintiff, )
     )
v. )
     ) CIVIL ACTION NO.
ALLIED HOME MORTGAGE CAPITAL CORP. )
AND PAUL D. HARRISON, )
    Defendants. ) 05 10142 WGY
     )

### AFFIDAVIT OF MR. SCOTT MACGREGOR

I, Scott MacGregor, do hereby depose and state as follows:

1. I am a Regional Manager for Ameriquest Mortgage Company ("Ameriquest"), a national mortgage lender with headquarters in Orange, California. Ameriquest is in the business of originating and servicing home mortgage loans through more than 270 branch offices across the United States, including 11 branch offices in the Commonwealth of Massachusetts.

2. In my capacity as a Regional Manager for Ameriquest, I am directly responsible for managing and supervising the operations of Ameriquest's retail branches in several northeastern states, including the company's operations in the Commonwealth of Massachusetts. Ameriquest is registered to do business in Massachusetts, and is conducting business in Massachusetts.

3. I have reviewed the advertisement that was sent by Mr. Paul D. Harrison and Allied Home Mortgage Corporation ("Allied") to one of Ameriquest's customers on or about December 2, 2004, which advertisement represented that (1) "Ameriquest has recently closed all its refinance operations in Massachusetts"; (2) that Ameriquest had done so "in reaction to a new

BOS-719129 v2

state law regarding predatory lending"; and (3) that customers and potential customers of Ameriquest will "improve [their] current situation" by refinancing with certain other mortgage lenders with whom Allied had formed an alliance. A copy of the advertisement is attached as Exhibit A to the Complaint being filed by Ameriquest herewith.

4. The representations made in the advertisement sent by Mr. Harrison and Allied are false. Contrary to such representations, Ameriquest has never closed all of its refinance operations in Massachusetts, and did not close such operations recently in reaction to a new state law regarding predatory lending.

Signed under the pains and penalties of perjury this 21st day of January, 2005.

_____
Scott MacGregor