UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 24  P 4: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERIQUEST MORTGAGE COMPANY, )
      Plaintiff, )
       )
v. )
       )  CIVIL ACTION NO.
ALLIED HOME MORTGAGE CAPITAL CORP. )
AND PAUL D. HARRISON, )
      Defendants. )

## AFFIDAVIT OF DANIEL E. ROSENFELD, ESQ.

I, Daniel E. Rosenfeld, do hereby depose and state as follows:

1.     I am a partner in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, counsel for the plaintiff Ameriquest Mortgage Company ("Ameriquest").

2.     As set forth in the accompanying Complaint filed by Ameriquest herewith, this action arises in response to defendants Allied Home Mortgage Capital Corporation's and Paul D. Harrison's mailing of a flagrantly false and disparaging letter advertisement to an Ameriquest customer on or about December 2, 2004. (Allied Home Mortgage Capital Corporation and Mr. Harrison are referred to collectively hereafter as the "Defendants.")

3.     In an attempt to stop the Defendants from distributing additional false and misleading advertisements to Ameriquest's customers and any potential customers, and to learn whether the Defendants had sent such advertisements to other Ameriquest refinancing customers, I sent a letter on behalf of Ameriquest to Allied's president, Jamey Hodge, by facsimile and by certified mail, return receipt requested, on January 7, 2005, notifying Allied that its use of false, misleading and disparaging representations in its advertisements targeting Ameriquest's

BOS-719442 v1

- 2 -

customer(s) violated state and federal laws prohibiting false advertising and unfair competition. Copies of this letter were also sent on January 7th by fax and/or mail to Allied's registered agent in Massachusetts, and to defendant Mr. Harrison, the signatory to the letter advertisement, at Ameriquest's Milford, Massachusetts office.

4.  The January 7th letter to Mr. Hodge, a true and accurate copy of which is attached hereto as Exhibit A (including a copy of the Defendants' letter advertisement), demanded that Allied immediately cease distribution of any advertisements containing false, misleading and/or disparaging descriptions or representations of fact relating to Ameriquest and/or Ameriquest's products, services or commercial activities; requested that Ameriquest provide a written report detailing the scope of its use of such (or similar) advertisements; and warned that Allied's failure to respond to Ameriquest's letter by January 14, 2005 would force Ameriquest to commence a civil action against Allied and to seek immediate injunctive relief.

5.  The fax transmission report obtained when faxing the January 7th letter to Mr. Hodge indicates that the fax was delivered successfully to Allied's corporate offices on January 7th. Moreover, the return receipt from the January 7th letter indicates that the mailed original of the letter was received and signed for by Allied on January 11th. Copies of the fax transmission report and return receipt are attached hereto as Exhibit B.

6.  As of today's date, the date of filing of Ameriquest's Complaint and motion for preliminary injunction, January 24, 2005, Allied has failed to respond to the January 7th letter.

Signed under the pains and penalties of perjury this 24th day of January 2005.

_____
Daniel E. Rosenfeld



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 7, 2005

Daniel E. Rosenfeld

617.951.9112
Fax: 617.261.3175
drosenfeld@klng.com

*VIA FACSIMILE AND
CERTIFIED MAIL-RETURN RECEIPT REQUESTED*

Jamey Hodge, President
Allied Home Mortgage Capital Corporation
6110 Pinemont Dr.
Houston, TX 77092

  Re: Ameriquest Mortgage Company v. Allied Home Mortgage Capital Corporation

Dear Mr. Hodge:

We represent Ameriquest Mortgage Company ("Ameriquest"). Ameriquest has information indicating that Allied Home Mortgage Capital Corporation ("Allied") has knowingly made false and misleading representations in its advertisement(s) targeting Ameriquest's current and prospective customers. Allied's advertisement(s) falsely claim that Ameriquest has recently closed all of its refinance operations in Massachusetts, and that Ameriquest has done so in reaction to a new state law regarding predatory lending. Additionally, Allied's advertisements state, with misleading intent, that Ameriquest customers will improve their current situation(s) by refinancing through Allied. A copy of an Allied advertisement that was forwarded to Ameriquest by one of its customers is attached hereto.

Allied's use of false and misleading advertisements directed to Ameriquest's customers clearly violates state and federal laws prohibiting false advertising and unfair competition. Accordingly, Ameriquest hereby demands that Allied immediately take the following action:

  1) Cease distribution of any advertisements containing false, misleading and/or disparaging descriptions or representations of fact relating to Ameriquest and/or Ameriquest's products, services or commercial activities;

  2) Deliver to Ameriquest a written report setting forth in detail the facts and circumstances surrounding the distribution of any Allied

BOS-716272 v1 0304210-0151



Kirkpatrick & Lockhart Nicholson Graham LLP

Jamey Hodge, President
January 7, 2005
Page 2

        advertisement that directly or indirectly made reference to Ameriquest.

3) Deliver to Ameriquest a written report setting forth the name of any person or business entity that was sent an Allied advertisement that directly or indirectly made reference to Ameriquest.

4) Deliver to Ameriquest a written report setting forth the name of each person who was known to be a customer of Ameriquest that was sent an Allied advertisement that directly or indirectly made reference to Ameriquest.

5) Deliver to Ameriquest a written report setting forth the name of each person who was sent an Allied advertisement that directly or indirectly made reference to Ameriquest and subsequently executed a mortgage loan or other credit agreement with Allied.

6) Deliver to Ameriquest a written report accounting for any and all profits that Allied has derived from entering into contracts with any person or business entity that was sent an Allied advertisement that directly or indirectly made reference to Ameriquest.

If Allied fails to comply with all of the foregoing, Ameriquest will promptly commence a civil action against Allied for all damages occasioned by its unlawful conduct, including loss of revenue, consequential damages, punitive damages and restitution of all profits derived. In conjunction with these proceedings, Ameriquest will seek immediate injunctive relief. Should you have any questions you may contact me at the telephone number listed above. Otherwise, please contact me no later than 5:00 pm on Friday, January 14, 2005 to confirm Allied's agreement to cease and desist its unlawful activity and to provide the requested information.

                              Very truly yours,

                              Daniel E. Rosenfeld

cc: Paul D. Harrison, Certified Mortgage Counselor for Allied (with encl.)
     CT Corporation System, Allied's Registered Agent in MA (with encl.)
     Robert T. Milanette, Esq. (with encl.)



**ALLIED HOME MORTGAGE CAPITAL CORPORATION**
*COAST TO COAST*

Re: AMERIQUEST MORTGAGE

You obtained a mortgage in the last 12 months from Ameriquest mortgage. We have your original loan amount and closing date on file for you assistance.

Ameriquest has recently closed all its refinance operations in Massachusetts in reaction to a new state law regarding predatory lending. Don't worry, we have formed an alliance with several mortgage lenders that have agreed to improve your current situation.

We will be able to reduce your prepayment amount in half, consolidate debts and give cash back at closing. An opportunity still exists to lower your payment with a start rate of 1.50 % (APR 4.12) or less.

The new mortgage is one consolidated payment based on the equity in your home and your payment history. A new loan enables you to skip a mortgage payment and have no out of pocket expenses.

Sincerely,

PAUL D. HARRISON
CERTIFIED MORTGAGE COUNSELOR
508-381-6428

30 year loan / Rates subject to approval, terms and conditions

MA Mortgage Company MC0303

189 Main Street, Milford, MA 01757        Tel: (508) 422-9800 X 412



```
                          *** TRANSMISSION REPORT ***

    PRINT TIME   01/07 '05 18:02 ID:              FAX:
                                                                  U*****2AN 255  L
       TIMER=--:--

    FILE START      MODE       LOCATION              STORE   TX/RX   TOTAL  CODE
    No.  TIME                                        PAGE    PAGE    TIME
    909  01/07 18:00 TX        9915084229900         4       4/ 0    01'22"  OK

       ERROR PAGE=
```



### Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax: 617.261.3175
www.klng.com

# FAX

**Date:** January 7, 2005

**No. of Pages:** 4
including coversheet

| To: | Company: | Phone: | Fax: |
|---|---|---|---|
| Paul D. Harrison | Allied Home Mortgage Capital Corporation | 508.422.9800 | 508.422.9900 |

**From:** Daniel E. Rosenfeld, Esq.
**Phone:** 617-951-9112

**Secretary:** Mary Ann Souza
**Phone:** 617-951-9281

**Client/Matter Name:** Ameriquest
**Client Matter Number:** 034210-0151
**Attorney Number:**

**Comments:**

---

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.   **Transmitted by:**           **Time:**

**IMPORTANT:** The materials transmitted by this facsimile are sent by an attorney or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 617.261.3136 (collect) and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. Please report problems with reception by calling 617.261.3136.

BOS-716293 v1 0304210-0151

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Angela Celestine*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Angela Celestine  1-11-05 |
| 1. Article Addressed to:<br><br>Jamey Hodge, President<br><br>Allied Home Mortgage Capital Corp.<br>6110 Pinemont Dr.<br>Houston, TX  77092 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7099 3220 0006 6159 8669 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540