UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERIQUEST MORTGAGE COMPANY,

        Plaintiff,

v.

ALLIED HOME MORTGAGE CAPITAL CORP.
and PAUL D. HARRISON,

        Defendants.

CIVIL ACTION
No. 05-CV-10142 WGY

## NOTICE OF APPEARANCE

TO THE CLERK:

Pursuant to Local Rule 83.5.2(a), please enter our appearance as attorneys for the defendants, Allied Home Mortgage Capital Corp. and Paul D. Harrison, in the above-named action.

Dated: January 27, 2005

                                              Marc K. Temin (BBO #494280)
                                              FOLEY HOAG LLP
                                              155 Seaport Boulevard
                                              Boston, MA 02210
                                              (617) 832-1000

### Certificate Of Service

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on January 27, 2005.

                                                Marc K. Temin

FHBOSTON/1280755.1