UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

CASE NO.: 05-CV-10142 WGY

AMERIQUEST MORTGAGE COMPANY

Plaintiff

vs

ALLIED HOME MORTGAGE CAPITAL CORP.
And PAUL D. HARRISON,

Defendants
_____/

### AFFIDAVIT OF PAUL D. HARRISON

I HEREBY DECLARE under penalty of perjury that the following is true and correct:

1. My name is Paul D. Harrison and I am an employee of Allied Home Mortgage Capital Corporation ("Allied"). I am over twenty-one years of age, of sound mind, and fully competent and able to testify to the matters set forth herein. I have personal knowledge of the matters stated herein.

2. I was recently served on January 26, 2005 with a Complaint and Motion for Preliminary Injunction, along with supporting documents, in the above-referenced case. I have reviewed the allegations contained in these documents, as well as supporting affidavits.

3. I am a loan officer of Allied located at 189 Main Street, Milford, Massachusetts. Allied originates and services a variety of mortgages and loans, and also offers refinancing of mortgages and loans. In an effort to attract customers, Allied, like

many mortgage brokers and lenders, often distributes form letters to potential customers describing Allied's products and/or services. The recipients of these form letters are taken from lists, which are publicly available and publicly sold, of individuals who recently purchased homes and/or obtained new mortgages. The subject letters referenced in this Affidavit were not approved by Allied corporate headquarters in Houston, Texas.

4. In November 2004, Jim Dring of Argent Mortgage, which I understand to be an affiliate and related company of Ameriquest Mortgage Company ("Ameriquest"), met with me in my office and advised me that due to a change in the law in Massachusetts, Ameriquest and Argent were in the process of laying off large numbers of employees and were closing their operations in Massachusetts. I know Mr. Dring because Argent Mortgage often buys mortgages generated by Allied for its related company, Ameriquest. Argent is the wholesaler for Ameriquest and, in fact, Allied did business directly with Ameriquest until it formed its wholesale operation, Argent. Jim Dring explained that the new predatory lending law would effectively bar Argent/Ameriquest from refinancing loans to its own customers who had borrowed within the last five years because the Ameriquest borrowers had agreed to a prepayment penalty of 6% if refinanced by a new lender in the first year and 3% if refinanced by Ameriquest at least during the first couple of years, essentially precluding Argent/Ameriquest from refinancing any of its loans made within the last five years since they would no longer be profitable.

5. Based on the foregoing information provided to me from Mr. Dring, I drafted and sent a letter to approximately fifty (50) potential customers at the end of November 2004 who had closed loans with Ameriquest within the last year. The letter I sent to the fifty (50) individuals will be referred to as the "original letter" and is attached hereto as

Exhibit 1. As is customary in the trade, I purchased the relevant customer information from The Warren Group, a company that sells such lists to the public. The customer list is generated from public records.

6. Shortly after sending out the original letter, I received a telephone message from Kevin Girsh, a Regional Manager for Ameriquest, on or about December 10, 2004. In the message, Mr. Girsh advised me that the letter he had obtained from an Ameriquest customer was inaccurate since Ameriquest had not closed its operations in Massachusetts. I attempted to call him back over the weekend and left a message for him and reached him the following Monday, December 13, 2004. When I spoke with Mr. Girsh, he informed me that Ameriquest was not closing all of its locations in Massachusetts and that the information contained in my letter regarding the closure of offices in Massachusetts was inaccurate and that the letter was being forwarded to "corporate." I told Mr. Girsh that I had obtained the information contained in my original letter from the Argent representative, but that I would not send out any additional copies of my original letter, and would only send out a new, revised version.

7. Accordingly, I revised the contents of my letter and sent out revised letters during the last two weeks of December 2004 ("revised letter"). A true and correct copy of the revised letter is attached hereto as Exhibit 2.[1] This letter was sent to the remaining individuals on the customer list that I had obtained from The Warren Group, i.e., approximately 1400 potential customers. Consistent with my conversation with Mr. Girsh, the revised letter does not reference the closing of Ameriquest in Massachusetts.

---

[1] There may be a single word change on the letter sent out, i.e., the phrase, "We may be able to reduce your prepayment amount", may have read, "We will be able to reduce your prepayment amount...."

3

8. I reviewed Mr. MacGregor's Affidavit. Notably missing from Mr. MacGregor's Affidavit is any reference to my telephone conference with Mr. Girsh, and more importantly, my notification to Mr. Girsh that I would not send any additional letters like that of my original letter and that I would be sending out a revised letter deleting any inaccurate information.

9. In any event, I did not expect, nor did I receive any substantial response from either the original letter or the revised letter. In fact, Allied's typical rate of response on potential customer mailings is 1.5%. Since mailing out the approximately 1450 letters, Allied has received only two loan applications as a result of the mailings, one of which was denied.

10. I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed this 26th 27th day of January 2005 in Milford, Massachusetts

Paul D. Harrison

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ~~MAIL~~ HAND ON 1/27/05.

**EXHIBIT 1**

01/26/2005 WED 18:54 FAX ⌀005/046
FILE No.042 01/25 '05 20:44 ID: FAX: PAGE 41/44



Re: AMERIQUEST MORTGAGE

You obtained a mortgage in the last 12 months from Ameriquest mortgage. We have your original loan amount and closing date on file for your assistance.

Ameriquest has recently closed all its refinance operations in Massachusetts in reaction to a new state law regarding predatory lending. Don't worry, we have formed an alliance with several mortgage lenders that have agreed to improve your current situation.

We will be able to reduce your prepayment amount in half, consolidate debts and give cash back at closing. An opportunity still exists to lower your payment with a start rate of 1.30 % (APR 4.19) or less.

The new mortgage is one consolidated payment based on the equity in your home and your payment history. A new loan enables you to skip a mortgage payment and have no out of pocket expenses.

Sincerely,

PAUL D. HARRISON
CERTIFIED MORTGAGE COUNSELOR
508-381-0488

17 year fixed / Refinance / paid in prepayment, terms and conditions
MA Mortgage Brokerage Lic 1909

150 Main Street, Milford, MA 01757    Tel: (508) 422-0800 X 412



01/25/2005 TUE 20:07 [TX/RX NO 7971] ⌀041

**EXHIBIT 2**



Re: AMERIQUEST MORTGAGE

You obtained a mortgage from Ameriquest in the last 12 months. We have your original loan amount and closing date on file for you assistance.

Some lenders have recently closed their refinance operations in Massachusetts in reaction to a new state law regarding predatory lending. **Don't worry;** we have formed an alliance with several mortgage lenders that have agreed to improve your current situation.

We may be able to reduce your prepayment amount, consolidate debts and give cash back at closing. An opportunity still exists to lower your payment with a start rate of 1.50 % (APR 4.12) or less.

The new mortgage is one consolidated payment based on the equity in your home and your payment history. A new loan enables you to skip a mortgage payment and have no out of pocket expenses.

Sincerely,

PAUL D. HARRISON
CERTIFIED MORTGAGE COUNSELOR
508-361-6428

30 year term / Rates subject to approval, terms and conditions

MA Mortgage Company MC0903

189 Main Street, Milford, MA 01757        Tel: (508) 422-9800 X 412

