UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERIQUEST MORTGAGE COMPANY,<br>        Plaintiff,<br><br>v.<br><br>ALLIED HOME MORTGAGE CAPITAL CORP.<br>AND PAUL D. HARRISON,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05CV10142WGY<br>)<br>)<br>)<br>) |

*[Clerk's Office stamp: 2005 JAN 31 A 11:08, U.S. DISTRICT COURT, DISTRICT OF MASS.]*

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff, Ameriquest Mortgage Company ("Ameriquest"), hereby dismisses the above-captioned action without prejudice. As grounds for this notice, Ameriquest states that no answer or motion for summary judgment has been served by either defendant. Therefore, this dismissal is as of right and an order of dismissal should enter forthwith.

                                                AMERIQUEST MORTGAGE COMPANY,
                                                By its Attorneys,

                                                */s/ Robert T. Milanette*
                                                Daniel E. Rosenfeld (BBO #560226)
                                                Robert T. Milanette (BBO #641149)
                                                KIRKPATRICK & LOCKHART NICHOLSON
                                                GRAHAM LLP
                                                75 State Street
                                                Boston, MA 02109
                                                617-261-3100 (phone)
                                                617-261-3175 (fax)

Dated: January 31, 2005

BOS-721539 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2005 I caused a copy of the foregoing Notice of Dismissal to be served by hand to Marc Temin, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210.

_____
Robert T. Milanette